DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE D. KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
RUBEN GAMBOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:12-CR-00054-GGH |
| | ) |
| Plaintiff, | ) STIPULATION ORDER TO VACATE THE |
| | ) TRIAL CONFIRMATION HEARING AND |
| v. | ) JURY TRIAL AND TO SET A STATUS |
| | ) HEARING |
| RUBEN GAMBOA, | ) |
| | ) Date:  June 11, 2012 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Gregory G. Hollows |
| _____ | ) |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for RUBEN GAMBOA, and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to vacate the trial confirmation hearing set for April 23, 2012 at 9:00am and to vacate the jury trial scheduled for May 7, 2012 at 9:00am.

Accordingly, the parties jointly request that a status hearing be scheduled for June 11, 2012 at 9:00am before Magistrate Judge Gregory G. Hollows.

Time is to be excluded from April 23, 2012 to June 11, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(2) (Local Code I) and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties have agreed to enter into a pretrial diversion agreement.

Dated: April  18, 2012                    Respectfully submitted,


                                          DANIEL BRODERICK
                                          Federal Defender


                                          /s/ Linda C. Harter
                                          LINDA C. HARTER
                                          Assistant Federal Defender
                                          Attorney for RUBEN GAMBOA


Dated: April 18, 2012                     BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Justin Lee
                                          JUSTIN LEE
                                          Special Assistant U.S. Attorney


                              O R D E R

**IT IS SO ORDERED.**


DATED: April 19, 2012

                              /s/ Gregory G. Hollows

                    UNITED STATES MAGISTRATE JUDGE