```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00054-GGH |
| Plaintiff, | ORDER DISMISSING MATTER WITHOUT PREJUDICE |
| v. | |
| RUBEN J. GAMBOA, | DATE: June 11, 2012 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Gregory G. Hollows |

Upon consideration of the Stipulation to Dismiss Matter Without Prejudice, it is hereby ORDERED that the above captioned matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: June 12, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE